# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Allen v. State ..................... 19724
Builders Sup. Co. v. Voncoie .......... 19730
Conkey v. Conkey .................... 19713
Conkle v. Bellevue (City)............ 19725
Daiker v. Morris· ................... 19721 ·
Frost v. O'Kross .................... 19711
Giddingx v. Shaker Hts. (Vill.)...... 19710
Halliday v. Clancey ............ 19728, 19729
Hartzler v. Logan Bd. of Ed. et....... 19716
Jackson v. Rutherfrod ............... 19717
Jackson et v. Miller et ............. 19719
Indust. Comm. v. Warren ............ 19718
Malensek et v. Jablonski ............ 19720
Mason v. Tremayne .................. 19712
McKenzie v. Indust. Comm. .......... 19731
Moorhead v. Cheney ................. 19726
Newkirk v. Republic Bank. Co........ 19722
Reeb, In Re Assignments of .......... 19714
Reeves Mfg. Co. v. Nichols........... 19722
State ex Williams v. Indust. Comm.... 19727
State v. Channer ................... 19732
State ex Bettler v. Tax Commission.... 19715
Schlesinger v. State ex Collett ...... 19709

### MARCH 24, 1926

19709—Geo. F. Schlesinger as. Director of Highways v. State of Ohio ex rel August C. Collett; motion for Seneca Appeals to certify. C. C. Crabbe, J. W. Williams, and C. H. Duncan, Columbus, for pltf; Geo. E. Schroth Tiffin, for deft.

19710—Helen M. Giddings v. Village of Shaker Heights; motion for Cuyahoga Appeals to certify. John H. Hogg and Klein, Harris & Diehm, Cleveland,·for pltf; B. B. Wickham, Cleveland, for deft.

19711—Edward J. Frost v. Mary O'Kross; motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland, for pltf; Guthery, Guthery and Binyon & Williams, Cleveland, for deft.

### MARCH 25, 1926

19712—Harris E. Mason v. E. C. Tremayne; motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland, for pltf; R. L. Carr, Cleveland, for deft.

19713—Florence W. Conkey v. Albert B. Conkey; motion for Cuyahoga Appeals to certify. V. J. Conrad, Cleveland for pltf; Orgill, Maschke & Wickham, Cleveland, for deft.

19714—In re matter of the assignment of Frank Reeb; motion for Franklin Appeals to certify. McLeskey & Grabiel, Columbus, Attorneys for Cincinnati Finance Company.

19715—State of Ohio ex rel Jacob Bettler Jr. v. Tax Commission of Ohio; error to the Franklin Appeals. H. H. Bradford and A. D. Davis, Columbus, for pltf; C. C. Crabbe and W. E. Benoy, Columbus, for deft.

19716—David K. Hartzler v. Joint Board of County Commissioners of Logan and Champaign Counties; motion for the Logan Appeals to certify. D. Aikin, Bellefontaine, for pltf; West and Campbell and W. C. Huston, Bellefontaine, for deft.

### MARCH 26, 1926

19717—Geo. W. Jackson v. Wm. Rutherfrod et al; error to the Morrow Appeals; motion for the Morrow Appeals to certify. Benjamin Olds and T. B. Mateer, Mt. Gilead, for pltf; Chas. F. Schaber, Bucyrus,·for deft.

19718—Industrial Commission of Ohio v. John Warren; motion for Cuyahoga Appeals to certify. C. C. Crabbe and D. V. Parker, Columbus, for pltf; E. C. Stanton and S. C. Glenn, Cleveland, for deft.

19719—Ira Jackson and 8 others v. Henry C. Miller and 73 others; motion for Miami Appeals to certify. J. A. Kerr and E. H. Kerr, Tippencanoe City, R. A. Kerr, Troy, and J. McGhee, Columbus, for pltfs; W. A. Haines and L. H. Shipman, Troy, for defts.

19720—Anton Malensek and Mary Malensek v. Joseph Jablonski; motion for Cuyahoga Appeals to certify. Locher, Green & Woods, Cleveland, for pltfs; Dunlap, Stephens & Mulligan, Cleveland, for deft.

19721—Albert Daiker, administrator of the estate of James Hoffheimer, deceased, v. Kate Morris; motion for Hamilton Appeals to certify. Fred E. Bruml, Cleveland, for pltf; C. H. Brown, Cincinnati, and W. J. Stenger and Buchwalter, Headley & Smith, Cincinnati, for deft.

### MARCH 27, 1926

19722—Reeves Mfg. Co. v. Minnie Nichols; motion for Tuscarawas Appeals to certify. Wilkin, Fernsell & Fisher, New Philadelphia, and H. H. Hostetler, Dover, for pltf; Mitchell & Mitchell and R. C. Bowers, New Philadelphia, for deft.

19723—Irving B. Newkirk v. Republic Banking Co.; motion for Seneca Appeals to certify. W. C. Rhorbacker and G. E. Schroth, Tiffin, for pltf; H. K. Cole and Spitler & Flynn, Tiffin, for deft.

### MARCH 29, 1926

19724—Decean Allen v. State of Ohio; motion for leave to file petition in error to the Lucas Appeals. Potter & Carroll, Toledo, for pltf; R. R. Stuart and J. C. Cochrane, Toledo, for deft.

19725—Ha4iley Conkle v. City of Bellevue; motion for Sandusky Appeals to certify. A. G. Aigller, Bellevue, for pltf; K. P. Fox, Bellevue, for deft.

19726—O. J. Moorhead, director of Findlay, Ohio, v. John A. Cheney; motion for Hancock Appeals to certify. W. S. Snook, Findlay, for pltf; W. T. Kinder, Findlay, for deft.

19727—State of Ohio ex rel William M. Williams v. Industrial Commission of Ohio; in mandamus. McLeskey and Grabiel, Columbus, for pltf; C. C. Crabbe and R. R. Zurmehly, Columbus, for deft.

### MARCH 30, 1926

19728—Jamet Halliday v. John J. Clancey; motion for Cuyahoga Appeals to certify. R. A. Halliday and R. G. Curren, Cleveland, for pltf; Gauglin & Collins, Cleveland, for deft.

19729—Jamet Halliday v. JJohn J. Clancey; motion for Cuyahoga Appeals to certify. R.